# United States Bankruptcy Court

**SOUTHERN** District of **CALIFORNIA**

In re: **BARRATT AMERICAN INCORPORATED**
Debtor

Case No. **08-13249 LA11** (If known)

Chapter: 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amount from schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|---|
| | | | | ASSETS | LIABILITIES | OTHER |
| A | Real Property | Y | 1 | $ 13,267.00 | | |
| B | Personal Property | Y | 7 | $ 2,118,811.30 | | |
| C | Property Claimed as Exempt | N | 0 | | | |
| D | Creditor Holding Secured Claims | Y | 2 | | $ 19,508,000.00 | |
| E | Creditors Holding Unsecured Priority Claims | | 4 | | $ 0.00 | |
| F | Creditors Holding Unsecured Nonpriority Claims | Y | 139 | | $ 29,099,441.13 | |
| G | Executory Contracts and Unexpired Leases | Y | 2 | | | |
| H | Codebtors | Y | 1 | | | |
| I | Current Income of Individual Debtor(s) | | | | | $ |
| J | Current Expenditures of Individual Debtor(s) | | | | | $ |
| | Total Number of Sheets in All Schedules | | 156 | | | |
| | | | Total Assets | $ $2,132,078.30 | | |
| | | | | Total Liabilities | $ $48,607,441.13 | |

FORM 6- Summary (10/05)

MAINDOCS-#126587-v1-BarrattAmericanSummaryOfSchedules.DOC

Form B6A
(10/05)

In re: **Barratt American Inc..**   Case No. **08-13249-LA11**
Debtor                                       (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned by a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "none" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint or Community | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM CONSENSUAL |
|---|---|---|---|---|
| 12 Finished Lots located in Encinitas, CA. | Fee | | $2,000,000 | $5,200,000 |
| 4 Finished Homes and 8 Finished Lots located in Perris, CA | Fee | | $300,000 | $1,864,000 |
| 10 Finished Condos in Perris, CA | Fee | | $617,000 | $1,669,000 |
| 81 undeveloped lots in San Ysidro, CA | Fee | | $2,200,000 | $3,025,000 |
| 14 acres of undeveloped land in Carlsbad, CA | Fee | | $4,500,000 | FDOT $3,025,000 Second DOT $1,000,000 |
| 33 acres of undeveloped land in Perris, CA. | Fee | | $3,500,000 | $2,200,000 |
| 2 affordable lots in Leucadia, CA | Fee | | $150,000 | $0 |

Page 1 of 1                         Schedule Total   $13,267,000

Form B6B
(10/05)

: Barratt American Inc.            Case No. 08-13249-LA11
         Debtor                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage house, or cooperatives. | | Money in General Operating Account at California Bank and Trust | | $21,428.15 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U>S>C> § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | BAI is 100% owned by Barratt USA Holdings, Inc which is 100% owned by Barratt Investments, Inc. | | $0 |
| | | BAI holds 100% of stock in McCanna Ranch Water Company | | $2,000,000.00 |

Form B6B
(10/05)

Barratt American Inc.  
Debtor

Case No. 08-13249-LA11  
(If known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent or non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Automobiles, trucks, trailers, and other vehicles and accessories. | | One Van | | $16,449.41 |
| 25. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(411A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Attached Spreadsheet | | $40,695.24 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | See Attached Spreadsheet; Computer Equipment/Software | | $21,828.03 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crop - growing or harvested. Give particulars. | X | | | |

Form B6B
(10/05)

Barratt American Inc.
_____
Debtor

Case No. 08-13249-LA11
_____
(If known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Leasehold Improvements Carpet, Granite, Blinds, Window Coverings, Signs and Paint | | $18,410.52 |
| | | | Total: | $2,118,811.30 |

# FIXED ASSET LISTING, SCHEDULES & BALANCES

### December 2008

## TRUCKS & AUTOS
### 1601
#### S/L @ 25 % P/A

| ASSET # | ID | DIV | NAME OF ASSET | DATE ACQUIRED | COST OF ASSET | LIFE | BEG. ACCUM DEPRC | DEPREC THIS MONTH | END ACCUM DEPRC | BOOK VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  | BAI | HQM Van | 01/16/07 | 26,743.91 | 5 | 9,848.77 | 445.73 | 10,294.50 | 16,449.41 |
|  |  |  | TOTAL |  | 26,743.91 |  | 9,848.77 | 445.73 | 10,294.50 | 16,449.41 |

## OFFICE EQUIPMENT / FURNITURE
### 1602
#### S/L @ 25 % P/A

| ASSET # | ID | DIV | NAME OF ASSET | DATE ACQUIRED | COST OF ASSET | LIFE | BEG. ACCUM DEPRC | DEPREC THIS MONTH | END ACCUM DEPRC | BOOK VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  | BUD | OFFICE FURNITURE | 05/30/04 | 3,303.61 | 4 | 3,303.61 |  | 3,303.61 | 0.00 |
| 2 |  | BAI | OFFICE FURNITURE | 01/13/05 | 22,078.50 | 4 | 21,158.62 | 459.97 | 21,618.59 | 459.91 |
| 3 |  | BAI | OFFICE FURNITURE | 01/30/05 | 2,226.12 | 4 | 2,133.48 | 46.38 | 2,179.86 | 46.26 |
| 4 |  | BAI | OFFICE FURNITURE | 02/11/05 | 1,425.00 | 4 | 1,336.05 | 29.69 | 1,365.74 | 59.26 |
| 5 |  | BAI | OFFICE FURNITURE | 02/18/05 | 954.67 | 4 | 895.05 | 19.89 | 914.94 | 39.73 |
| 6 |  | BAI | PROJECTOR | 02/25/05 | 1,777.36 | 4 | 1,666.35 | 37.03 | 1,703.38 | 73.98 |
| 7 |  | BAI | OFFICE FURNITURE | 03/16/05 | 4,395.00 | 4 | 4,028.64 | 91.56 | 4,120.20 | 274.80 |
| 8 |  | BAI | C&R SYSTEMS - INSTALL PLASMA | 03/31/05 | 4,555.24 | 4 | 4,175.60 | 94.90 | 4,270.50 | 284.74 |
| 9 |  | BAI | GROVE OFFICE SUPPLY - FILE CABS/DRE LISA C | 03/31/05 | 1,463.25 | 4 | 1,341.12 | 30.48 | 1,371.60 | 91.65 |
| 10 |  | BAI | AM EXP - NEW OFFICE CHAIRS | 04/19/05 | 842.34 | 4 | 754.65 | 17.55 | 772.20 | 70.14 |
| 11 |  | BAI | ATEL - NEW PHONE SYSTEM | 05/17/05 | 18,103.77 | 4 | 15,840.72 | 377.16 | 16,217.88 | 1,885.89 |
| 12 |  | BAI | ATEL - NEW PHONE SYSTEM INSTALLATION | 06/20/05 | 26,878.70 | 4 | 22,398.80 | 559.97 | 22,958.77 | 3,919.93 |
| 13 |  | BAI | ATEL - NEW PHONE SYSTEM WIRING | 06/20/05 | 1,493.90 | 4 | 1,244.80 | 31.12 | 1,275.92 | 217.98 |
| 14 |  | BAI | BRG OF SAN DIEGO - FILE CABINETS | 06/28/05 | 2,241.20 | 4 | 1,867.60 | 46.69 | 1,914.29 | 326.91 |
| 15 |  | BAI | BRG OF SAN DIEGO - INSTALL WORK STATIONS | 06/28/05 | 2,124.56 | 4 | 1,770.40 | 44.26 | 1,814.66 | 309.90 |
| 16 |  | BAI | BRG OF SAN DIEGO - INSTALL WORK STATIONS | 06/28/05 | 13,868.24 | 4 | 11,556.80 | 288.92 | 11,845.72 | 2,022.52 |
| 17 |  | BAI | BRG OF SAN DIEGO - FILE CABINETS | 06/28/05 | 1,680.90 | 4 | 1,400.80 | 35.02 | 1,435.82 | 245.08 |
| 18 |  | BAI | BRG OF SAN DIEGO - CHAIRS | 08/28/05 | 721.93 | 4 | 586.56 | 15.04 | 601.60 | 120.33 |
| 19 |  | BAI | BRG OF SAN DIEGO - FURNISHINGS | 08/25/05 | 3,524.52 | 4 | 2,863.77 | 73.43 | 2,937.20 | 587.32 |
| 20 |  | BAI | BRG OF SAN DIEGO - FURNISHINGS | 08/25/05 | 2,925.42 | 4 | 2,377.05 | 60.95 | 2,438.00 | 487.42 |
| 21 |  | BIE | KLANG & ASSOC - FURNISHINGS | 10/28/05 | 32,551.21 | 4 | 25,091.55 | 678.15 | 25,769.70 | 6,781.51 |
| 22 |  | BAI | BRG OF SAN DIEGO-EXECUTIVE CHAIR | 11/27/05 | 1,309.16 | 4 | 981.72 | 27.27 | 1,008.99 | 300.17 |
| 23 |  | BAI | ODDICE DEPOT-DESK | 11/17/05 | 1,668.49 | 4 | 1,251.36 | 34.76 | 1,286.12 | 382.37 |
| 24 |  | BAI | ISI-FURNISHED/INSTALL WINDOWS | 01/12/06 | 665.68 | 4 | 471.58 | 13.87 | 485.45 | 180.23 |
| 25 |  | BAI | BRG OF SAN DIEGO-TASK CHAIR ADJUSTABLE | 02/09/06 | 382.52 | 4 | 263.01 | 7.97 | 270.98 | 111.54 |
| 26 |  | BUD | ATEL Communication -Phone System | 07/12/06 | 26,092.31 | 4 | 15,220.52 | 543.59 | 15,764.11 | 10,328.20 |
| 27 |  | BUD | 3 Office Chairs | 08/18/06 | 1,253.14 | 4 | 704.97 | 26.11 | 731.08 | 522.06 |
| 28 |  | BUD | File Cabinets | 08/09/06 | 6,400.66 | 4 | 3,600.45 | 133.35 | 3,733.80 | 2,666.86 |
| 29 |  | BUD | Guest Chair | 08/09/06 | 1,885.47 | 4 | 1,060.56 | 39.28 | 1,099.84 | 785.63 |
| 30 |  | BUD | File Cabinets | 08/09/06 | 1,346.77 | 4 | 757.62 | 28.06 | 785.68 | 561.09 |
| 31 |  | BUD | Guest Chair Staples | 10/29/06 | 969.69 | 4 | 505.00 | 20.20 | 525.20 | 444.49 |
| 32 |  | BAI | ISI-Blinds J. Becker's Office | 11/27/06 | 683.36 | 4 | 341.76 | 14.24 | 356.00 | 327.36 |
| 33 |  | BAI | Glabman Furniture - AMEX | 04/20/07 | 4,785.00 | 4 | 1,894.11 | 99.69 | 1,993.80 | 2,791.20 |
| 34 |  | BAI | Glabman Furniture - AMEX | 06/18/07 | 4,782.12 | 4 | 1,693.71 | 99.63 | 1,793.34 | 2,988.78 |
|  |  |  | TOTAL |  | 201,359.81 |  | 156,538.39 | 4,126.18 | 160,664.57 | 40,695.24 |

## COMPUTER EQUIPMENT / SOFTWARE
### 1603
#### S/L @ 25 % P/A

| ASSET # | ID | DIV | NAME OF ASSET | DATE ACQUIRED | COST OF ASSET | LIFE | BEG. ACCUM DEPRC | DEPREC THIS MONTH | END ACCUM DEPRC | BOOK VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| #### | C097 | BAI | SMART BOARD/SOFTWARE - PAULSON REPORTING SERVICE | 08/31/01 | 4,043.00 | 4 | 4,043.00 |  | 4,043.00 | 0.00 |
| #### | C099 | BAI | HP 400M NETWORK SWITCH - GREG MAY CONSULTING | 11/29/01 | 1,700.00 | 4 | 1,700.00 |  | 1,700.00 | 0.00 |
| #### | C0101 | BAI | HP 4100 PRINTER - ALEX MERRILL | 11/01/01 | 1,817.16 | 4 | 1,817.16 |  | 1,817.16 | 0.00 |
| #### | C0103 | BAI | OPN LICNSNG TRMNL - GREG MAY CONSULTING | 03/14/02 | 1,309.16 | 4 | 1,309.16 |  | 1,309.16 | 0.00 |
| #### | C0107 | BAI | Dell Dimension 4500 - 2VGWN21 | 09/13/02 | 999.95 | 4 | 999.95 |  | 999.95 | 0.00 |
| #### | C0110 | BAI | Dell Dimension 4550 - 92LD221 | 12/01/02 | 864.52 | 4 | 864.52 |  | 864.52 | 0.00 |
|  |  |  | Dell Dimension 4550 - 7QJH221 | 12/01/02 | 864.52 | 4 | 864.52 |  | 864.52 | 0.00 |
| #### | C0111 | BAI | PRINTER - LASERTEC | 11/30/02 | 4,794.00 | 4 | 4,794.00 |  | 4,794.00 | 0.00 |
| #### | C0112 | BAI | Dell Dimension 4550 - 67RWP21 | 04/25/03 | 812.75 | 4 | 812.75 |  | 812.75 | 0.00 |
| #### | C0113 | BAI | DLT DRIVE/TAPE - IRON MOUNTAIN | 04/25/03 | 2,103.89 | 4 | 2,103.89 |  | 2,103.89 | 0.00 |
| #### | C0114 | BAI | COMPUTER SOFTWARE - CDW COMPUTER CENTERS | 04/25/03 | 1,994.12 | 4 | 1,994.12 |  | 1,994.12 | 0.00 |
| #### | C0115 | BAI | Dell Dimension 4550 - 68VRT21 | 06/01/03 | 1,032.98 | 4 | 1,032.98 |  | 1,032.98 | 0.00 |
| #### | C0117 | BAI | Dell PowerEdge 2650 - 1PHQ031 - SQL Server | 07/27/03 | 4,488.35 | 4 | 4,488.35 |  | 4,488.35 | 0.00 |
| #### | C0119 | BAI | SOFTWARE - SERVER LICENSING | 10/31/03 | 7,680.87 | 4 | 7,680.87 |  | 7,680.87 | (0.00) |
|  |  |  | Dell Dimension 4600 - BJ06Q31 | 10/31/03 | 897.55 | 4 | 897.55 |  | 897.55 | 0.00 |
|  |  |  | Dell Dimension 4600 - 7J06Q31 | 10/31/03 | 897.55 | 4 | 897.55 |  | 897.55 | 0.00 |
| #### | C0121 | BAI | Dell PowerEdge 2650 - Mail Server - C1W3R31 | 12/8/03 | 4,291.67 | 4 | 4,291.67 |  | 4,291.67 | 0.00 |
| #### | C0123 | BAI | Dell PowerEdge 2650 - File Server - J5Y3R31 | 12/8/03 | 4,701.18 | 4 | 4,701.18 |  | 4,701.18 | 0.00 |
| #### | C0124 | BAI | Dell PowerEdge 2650 - Term Server - CHP6M31 | 12/30/03 | 3,451.34 | 4 | 3,451.34 |  | 3,451.34 | 0.00 |
| #### | C0126 | BAI | Dell Dimension 4600 - B8F5641 | 1/27/04 | 978.37 | 4 | 978.37 |  | 978.37 | 0.00 |
|  |  |  | Dell Dimension 4600 - G8F5641 | 1/27/04 | 978.36 | 4 | 978.36 |  | 978.36 | 0.00 |
| #### | C0131 | BAI | Dell Dimension 4600 - 9KPNH41 | 3/25/04 | 501.36 | 4 | 501.36 |  | 501.36 | 0.00 |
| #### | C0133 | BAI | Dell Dimension 4600 - 2XMXM41 | 4/27/04 | 662.15 | 4 | 662.15 |  | 662.15 | 0.00 |
| #### | C0134 | BAI | Dell Dimension 4600 - FWMXM41 | 4/27/04 | 1,179.44 | 4 | 1,179.44 |  | 1,179.44 | 0.00 |
|  |  |  | Dell Dimension 4600 - CWMXM41 | 4/27/04 | 1,179.44 | 4 | 1,179.44 |  | 1,179.44 | 0.00 |
|  |  |  | Dell Dimension 4600 - JWMXM41 | 4/27/04 | 1,179.43 | 4 | 1,179.43 |  | 1,179.43 | 0.00 |
|  |  |  | Dell Dimension 4600 - 1XMXM41 | 4/27/04 | 1,179.43 | 4 | 1,179.43 |  | 1,179.43 | 0.00 |
| #### | C0135 | BAI | PRINTER - WEST COAST BUSINESS SUPPLY | 4/30/04 | 2,538.59 | 4 | 2,538.59 |  | 2,538.59 | 0.00 |
| #### | C0140 | BAI | BUY.COM - SONY DVD CAMCORDER | 5/2/04 | 810.51 | 4 | 810.51 |  | 810.51 | 0.00 |
| 43 | C0144 | BAI | TZ 170 Internet Security Appliance - 25 Users | 6/28/04 | 627.05 | 4 | 627.05 |  | 627.05 | 0.00 |
| 53 | C0147 | BAI | PEOPLESOFT - SOFTWARE LICENSE | 6/30/04 | 43,875.80 | 4 | 43,875.80 |  | 43,875.80 | 0.00 |
|  |  |  | Dell Dimension 4600 - 1PQ1M31 | 7/27/04 | 1,135.43 | 4 | 1,135.43 |  | 1,135.43 | 0.00 |
| #### | C0149 | BAI | COMPUTER SOFTWARE - DATA SYSTEMS INTERNATIONAL | 7/27/04 | 21,924.98 | 4 | 21,924.98 |  | 21,924.98 | 0.00 |
| #### | C0150 | BAI | UPS - Server Room | 8/27/04 | 1,007.43 | 4 | 1,007.43 |  | 1,007.43 | 0.00 |
| #### | C0151 | BAI | Dell Dimension 4600 - 5Y2HG51 | 8/27/04 | 1,007.70 | 4 | 1,007.70 |  | 1,007.70 | 0.00 |
| #### | C0152 | BUD | Dell Inspiron 1150 - 2JQPG51 | 8/27/04 | 1,580.70 | 4 | 1,580.70 |  | 1,580.70 | 0.00 |
| #### | C0156 | BAI | WCBS - HP LaserJet 4350DTN | 10/30/04 | 2,369.42 | 4 | 2,369.42 |  | 2,369.42 | 0.00 |
| #### | C0159 | BAI | Dell Dimension 4600 - 5W6TQ51 | 10/27/04 | 665.67 | 4 | 665.67 |  | 665.67 | 0.00 |
|  |  |  | Dell Dimension 4600 - CW6TQ51 | 10/27/04 | 665.67 | 4 | 665.67 |  | 665.67 | 0.00 |

Attachment to Schedule B

# FIXED ASSET LISTING, SCHEDULES & BALANCES

## December 2008

| # | ID | DIV | NAME OF ASSET | DATE ACQUIRED | COST OF ASSET | LIFE | BEG. ACCUM DEPRC | DEPREC THIS MONTH | END ACCUM DEPRC | BOOK VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| #### | C0161 | BAI | Dell Dimension 4600 - B46GX51 | 11/28/04 | 910.84 | 4 | 910.84 | | 910.84 | 0.00 |
| | | | Dell Dimension 4700 - 5CN8361 | 11/28/04 | 860.14 | 4 | 860.14 | | 860.14 | 0.00 |
| | | | Dell Dimension 4700 - JBN8361 | 11/28/04 | 860.14 | 4 | 860.14 | | 860.14 | 0.00 |
| #### | C0164 | BAI | CDW - Cisco Catalyst 2950 24-port Switch | 11/16/04 | 680.08 | 4 | 680.08 | | 680.08 | 0.00 |
| #### | C0166 | BAI | CDW Microsoft Windows Server 2003 Standard Edition - license | 3/28/05 | 698.66 | 4 | 640.64 | 14.56 | 655.20 | 43.46 |
| #### | C0167 | BAI | WCBS - HP LaserJet 4350DTN | 3/31/05 | 2,343.56 | 4 | 2,148.08 | 48.82 | 2,196.90 | 146.66 |
| #### | C0168 | BAI | PROFIT CONCEPTS - AS400 PROGRAMMING | 05/29/05 | 17,084.36 | 4 | 14,948.64 | 355.92 | 15,304.56 | 1,779.80 |
| #### | C0169 | BAI | AMERICAN EXPRESS - COMPUTERS/SOFTWARE | 05/26/05 | 10,681.65 | 4 | 9,354.60 | 222.53 | 9,577.13 | 1,104.52 |
| #### | C0170 | BAI | COMPUTING ANALYSIS - AS400 CONSULTING | 05/17/05 | 875.00 | 4 | 765.66 | 18.23 | 783.89 | 91.11 |
| #### | C0171 | BAI | CDW - Adobe Acrobat 7.0 Standard | 05/09/05 | 289.42 | 4 | 253.26 | 6.03 | 259.29 | 30.13 |
| #### | C0172 | BAI | WEST COAST BUSINESS SUPPLY - PRINTER | 05/09/05 | 938.97 | 4 | 821.52 | 19.56 | 841.08 | 97.89 |
| #### | C0173 | BAI | PROFIT CONCEPTS - AS400 PROGRAMMING | 06/30/05 | 2,975.00 | 4 | 2,541.18 | 61.98 | 2,603.16 | 371.84 |
| #### | C0174 | BAI | PROFIT CONCEPTS - AS400 PROGRAMMING | 07/13/05 | 700.00 | 4 | 583.20 | 14.58 | 597.78 | 102.22 |
| #### | C0175 | BAI | Rails for 3rd Party Rack for PowerEdge 2650 | 08/28/05 | 1,155.04 | 4 | 938.34 | 24.06 | 962.40 | 192.64 |
| | | | Dell Dimension 4700 - 9H4DJ71 | 08/28/05 | 604.32 | 4 | 491.01 | 12.59 | 503.60 | 100.72 |
| #### | C0178 | BAI | DATA SYSTEMS - ULTRIUM TAPE DRIVE | 08/22/05 | 6,161.15 | 4 | 5,006.04 | 128.36 | 5,134.40 | 1,026.75 |
| #### | C0179 | BAI | Dell PowerEdge 2800 - 349PH71 | 08/03/05 | 4,787.11 | 4 | 3,889.47 | 99.73 | 3,989.20 | 797.91 |
| #### | C0180 | BAI | Dell Dimension 4700 - D3M6981 | 10/01/05 | 907.64 | 4 | 718.58 | 18.91 | 737.49 | 170.15 |
| #### | C0181 | BAI | CDW - Dreamweaver MX 2004 & Microsoft Office 2003 Professional | 10/01/05 | 905.08 | 4 | 716.68 | 18.86 | 735.54 | 169.54 |
| #### | C0182 | BAI | Dell Dimension 4700 - 4GY0H81 | 10/01/05 | 1,012.18 | 4 | 801.42 | 21.09 | 822.51 | 189.67 |
| #### | C0184 | BAI | C&R SYSTEMS -COPIER | 01/29/06 | 500.00 | 4 | 354.28 | 10.42 | 364.70 | 135.30 |
| 94 | C0189 | BAI | Dell Dimension 5150 - BDDM191 | 02/06/06 | 918.12 | 4 | 631.29 | 19.13 | 650.42 | 267.70 |
| 95 | C0190 | BAI | Dell Latitude D140 - 3R30C91 | 03/22/06 | 2,326.05 | 4 | 1,550.72 | 48.46 | 1,599.18 | 726.87 |
| 97 | C0195 | BSD | Dell Dimension 5150 - 1FD0381 | 03/22/06 | 1,104.67 | 4 | 736.64 | 23.02 | 759.66 | 345.21 |
| 98 | C0197 | BUD | Dell Dimension 5150 - FGWWJ91 | 03/22/06 | 1,104.86 | 4 | 736.64 | 23.02 | 759.66 | 345.20 |
| 99 | C0198 | BAI | Powershot A520 4.0 mp/Digital Camera ID Tag 0013 Serial #11202088 | 03/22/06 | 204.74 | 4 | 136.64 | 4.27 | 140.91 | 63.83 |
| #### | CO201 | BIE | DELL DIMENSION 5150c - 4RC1P91 | 04/11/06 | 1,127.53 | 4 | 728.19 | 23.49 | 751.68 | 375.85 |
| #### | CO202 | BIE | DELL DIMENSION 5150c - BHD4MD1 | 04/11/06 | 1,127.53 | 4 | 728.19 | 23.49 | 751.68 | 375.85 |
| #### | CO207 | BIE | HP LASER JET 4250 DTN - CNGX09050 | 04/03/06 | 1,884.55 | 4 | 1,217.06 | 39.26 | 1,256.32 | 628.23 |
| #### | CO208 | BAI | DELL DIMENSION 5150 - 1JR3081 | 06/13/06 | 1,057.63 | 4 | 638.87 | 22.03 | 660.90 | 396.73 |
| #### | CO209 | BAI | E176FP 17 INCH FLAT PANEL Dell (Marketing) | 06/13/06 | 439.37 | 4 | 265.35 | 9.15 | 274.50 | 164.87 |
| #### | CO210 | BAI | Dell Precision Workstation 380 - 5CQ5Z71 | 07/20/06 | 1,595.06 | 4 | 930.44 | 33.23 | 963.67 | 631.39 |
| #### | CO211 | BAI | 2Qty - Adobe Creative Suite/ 2 DVD Burners | 07/20/06 | 1,964.29 | 4 | 1,145.76 | 40.92 | 1,186.68 | 777.61 |
| #### | CO212 | BAI | Latitude D820 - JYWG6B1 | 07/20/06 | 1,264.40 | 4 | 737.52 | 26.34 | 763.86 | 500.54 |
| #### | CO213 | BAI | Dell Laser Printer 5310 extra drawer & doplexes 5310N | 08/21/06 | 657.28 | 4 | 369.63 | 13.69 | 383.32 | 273.96 |
| #### | CO214 | BAI | Dell Laser Printer 5310 FTXHN81 | 08/21/06 | 962.23 | 4 | 541.35 | 20.05 | 561.40 | 400.83 |
| #### | CO215 | BAI | Dell Laser Printer 5310 Memory | 08/21/06 | 45.26 | 4 | 25.38 | 0.94 | 26.32 | 18.94 |
| #### | CO216 | BAI | Auto CAD (Software) | 08/21/06 | 3,442.61 | 4 | 1,936.44 | 71.72 | 2,008.16 | 1,434.45 |
| #### | CO219 | BUD | Larry Clemens Docking Station | 08/21/06 | 143.35 | 4 | 80.73 | 2.99 | 83.72 | 59.63 |
| #### | CO224 | BAI | Latitude D820 - G634XB1 | 09/21/06 | 1,157.00 | 4 | 626.69 | 24.10 | 650.79 | 506.21 |
| #### | CO225 | BIE | Dell 3110cn Color Laser Printer & Battery Backup- J614991 | 09/21/06 | 772.52 | 4 | 418.34 | 16.09 | 434.43 | 338.09 |
| #### | CO226 | BUD | Dell Latitude D820 - DWPFHB1 | 09/21/06 | 1,377.92 | 4 | 746.46 | 28.71 | 775.17 | 602.75 |
| #### | CO227 | BUD | Dell Dimension 5150 - 8XD4LB1 | 09/21/06 | 956.82 | 4 | 518.18 | 19.93 | 538.11 | 418.71 |
| #### | CO228 | BUD | Dell Latitude D820 - 239VKB1 | 9/21/06 | 1,248.24 | 4 | 676.14 | 26.01 | 702.15 | 546.09 |
| | | | Dell Latitude D820 - 539VKB1 | 9/21/06 | 1,248.24 | 4 | 676.14 | 26.01 | 702.15 | 546.09 |
| | | | Dell Latitude D820 - 749VKB1 | 9/21/06 | 1,248.23 | 4 | 676.06 | 26.00 | 702.06 | 546.17 |
| #### | CO231 | BAI | Sonicwall Pro 2040-AMEX | 10/20/06 | 2,177.33 | 4 | 1,134.00 | 45.36 | 1,179.36 | 997.97 |
| #### | CO232 | BUD | PC Mall Order-AMEX (2) Canon Power Shot A530 | 10/20/06 | 429.60 | 4 | 223.75 | 8.95 | 232.70 | 196.90 |
| #### | CO233 | BSD | Dell Latitude 820 - 5J1CPB1 | 10/20/06 | 1,413.20 | 4 | 736.00 | 29.44 | 765.44 | 647.76 |
| #### | CO234 | LA | PC Mall Order-AMEX (2) Canon Power Shot A530 | 10/20/06 | 429.60 | 4 | 223.75 | 8.95 | 232.70 | 196.90 |
| #### | CO237 | BUD | Dell Latitude 820 - 34KJQC1 | 11/14/06 | 1,428.12 | 4 | 714.00 | 29.75 | 743.75 | 684.37 |
| #### | CO238 | BAI | Dell Latitude 820 - B2ZSLC1 | 4/20/07 | 1,270.34 | 4 | 502.93 | 26.47 | 529.40 | 740.94 |
| | CO239 | BAI | AMEX Dell Hard Drive | 12/19/07 | 558.15 | 4 | 127.93 | 11.63 | 139.56 | 418.59 |
| | CO240 | BAI | USB Temperature Monitor with email alerts | 6/01/08 | 119.99 | 4 | 15.00 | 2.50 | 17.50 | 102.49 |
| | | | TOTAL | | 227,926.86 | | 204,227.50 | 1,871.33 | 206,098.83 | 21,828.03 |

## LEASEHOLD IMPROVEMENTS
### 1604
### S/L @ 20 % P/A

### ARTWORK

| # | ASSET ID | DIV | NAME OF ASSET | DATE ACQUIRED | COST OF ASSET | LIFE | BEG. ACCUM DEPRC | DEPREC THIS MONTH | END ACCUM DEPRC | BOOK VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | TOTAL | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

### CABINETS / SHELVING

| # | ASSET ID | DIV | NAME OF ASSET | DATE ACQUIRED | COST OF ASSET | LIFE | BEG. ACCUM DEPRC | DEPREC THIS MONTH | END ACCUM DEPRC | BOOK VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | TOTAL | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

### CARPET / PAD / TILE

| # | ASSET ID | DIV | NAME OF ASSET | DATE ACQUIRED | COST OF ASSET | LIFE | BEG. ACCUM DEPRC | DEPREC THIS MONTH | END ACCUM DEPRC | BOOK VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | BAI | KENARD CONSTRUCTION - GRANITE TILE FOR NEW OFFICE | 01/09/05 | 256.45 | 4 | 245.64 | 5.34 | 250.98 | 5.47 |
| 2 | | BAI | HOWARD'S RUG CO - CARPET RUG FOR NEW OFFICE | 07/30/05 | 6,224.38 | 4 | 5,186.80 | 129.67 | 5,316.47 | 907.91 |
| | | | TOTAL | | 6,480.83 | | 5,432.44 | 135.01 | 5,567.45 | 913.38 |

### WALL COVERING / PAINTING / DRAPES

| # | ASSET ID | DIV | NAME OF ASSET | DATE ACQUIRED | COST OF ASSET | LIFE | BEG. ACCUM DEPRC | DEPREC THIS MONTH | END ACCUM DEPRC | BOOK VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | BAI | INTERIOR SPECIALISTS - INSTALL WINDOW COVER | 11/28/04 | 1,997.34 | 4 | 1,997.28 | 0.06 | 1,997.34 | 0.00 |
| 2 | | BAI | FURNISH WINDOW COVER - ISI | 12/31/04 | 3,068.00 | 4 | 3,004.24 | 63.76 | 3,068.00 | 0.00 |
| 3 | | BAI | BLINDS - ISI | 08/23/05 | 1,395.02 | 4 | 1,133.34 | 29.06 | 1,162.40 | 232.62 |
| 4 | | BAI | CAMPBELL PAINTING-PAINT TOUCH UPS-ADMIN | 11/22/05 | 360.00 | 4 | 270.00 | 7.50 | 277.50 | 82.50 |
| 5 | | BAI | Hammond & Masing -Office Repainting | 08/28/06 | 13,511.84 | 4 | 7,600.50 | 281.50 | 7,882.00 | 5,629.84 |
| | | | TOTAL | | 20,332.20 | | 14,005.36 | 381.88 | 14,387.24 | 5,944.96 |

### OTHERS

| # | ASSET ID | DIV | NAME OF ASSET | DATE ACQUIRED | COST OF ASSET | LIFE | BEG. ACCUM DEPRC | DEPREC THIS MONTH | END ACCUM DEPRC | BOOK VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | BAI | TOTAL MAINTENANCE - OFFICE RENOVATION | 11/22/04 | 4,380.00 | 4 | 4,380.00 | | 4,380.00 | 0.00 |
| 2 | | BAI | TOTAL MAINTENANCE - OFFICE CONSTRUCTION | 01/13/05 | 4,830.00 | 4 | 4,628.98 | 100.63 | 4,729.61 | 100.39 |
| 3 | | BAI | KENARD CONSTRUCTION - NEW DOOR FOR OFFICE | 06/13/05 | 247.25 | 4 | 211.15 | 5.15 | 216.30 | 30.95 |

# FIXED ASSET LISTING, SCHEDULES & BALANCES

## December 2008

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | BAJ | TOTAL MAINTENANCE - OFFICE CONSTRUCTION | 06/28/05 | 6,225.00 | 4 | 5,317.29 | 129.69 | 5,446.98 | 778.02 |
| 5 | BAJ | PARADISE ELECTRIC - ELECTRICAL FOR OFFICE RENOVATION | 07/30/05 | 1,012.00 | 4 | 843.20 | 21.08 | 864.28 | 147.72 |
| 6 | BAJ | OUTDOOR DIMENSIONS - 50% DEPOSIT FOR OUTDOOR SIGNAGE | 07/30/05 | 5,344.40 | 4 | 4,453.60 | 111.34 | 4,564.94 | 779.46 |
| 7 | BAJ | OUTDOOR DIMENSIONS - SIGNAGE W/ LOGO | 07/30/05 | 4,997.54 | 4 | 4,164.80 | 104.12 | 4,268.92 | 728.62 |
| 8 | BAJ | CAPITAL DRYWALL - NEW OFFICE | 07/30/05 | 588.00 | 4 | 490.00 | 12.25 | 502.25 | 85.75 |
| 9 | BAJ | TOTAL MAINTENANCE - 2ND PHASE OFFICE RENOVATION | 07/30/05 | 6,800.00 | 4 | 5,666.80 | 141.67 | 5,808.47 | 991.53 |
| 10 | BJE | OUTDOOR DIMENSIONS - SIGNAGE W/ LOGO | 08/29/05 | 4,069.02 | 4 | 3,221.26 | 84.77 | 3,306.03 | 762.99 |
| 11 | BAJ | TIME & MATERIALS-7 1/4 BLACK FRAME | 11/07/05 | 247.25 | 4 | 185.40 | 5.15 | 190.55 | 56.70 |
| 12 | BJE | CAPITAL DRYWALL-INVOICE 6715 CORONA OFFICE REMODEL | 04/02/06 | 7,900.00 | 4 | 5,266.56 | 164.58 | 5,431.14 | 2,468.86 |
| 13 | BJE | SPRINT ELECTRICAL-INVOICE 26777703 INSTALL ELECTRICAL | 04/02/06 | 7,222.00 | 4 | 4,814.72 | 150.46 | 4,965.18 | 2,256.82 |
| 14 | BJE | SPRINT ELECTRICAL-INVOICE 26777704 HOOK UP A/C | 04/02/06 | 1,220.00 | 4 | 813.44 | 25.42 | 838.86 | 381.14 |
| 15 | BJE | LIBERTY HEATING & AIR CONDITIONING, INC. - OFFICE REMODEL | 05/28/06 | 5,600.00 | 4 | 3,500.10 | 116.67 | 3,616.77 | 1,983.23 |
| | | TOTAL | | 60,682.46 | | 47,957.30 | 1,172.98 | 49,130.28 | 11,552.18 |

SALES AND MARKETING
1606
S/L @ 25 % P/A

| ASSET ID | DIV | NAME OF ASSET | DATE ACQUIRED | COST OF ASSET | LIFE | BEG. ACCUM DEPRC | DEPREC THIS MONTH | END ACCUM DEPRC | BOOK VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BAJ | OFFICE NEW FURNITURE - AMERICAN EXPRESS | 12/17/04 | 6,650.33 | 4 | 6,511.85 | 138.48 | 6,650.33 | 0.00 |
| | | TOTAL | | 6,650.33 | | 6,511.85 | 138.48 | 6,650.33 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1611 | TRUCKS AND AUTOS | 26,743.91 | 9,848.77 | 445.73 | 10,294.50 | 16,449.41 |
| 1612 | FURNITURE AND EQUIPMENT | 201,359.81 | 156,538.39 | 4,126.18 | 160,664.57 | 40,695.24 |
| 1613 | COMPUTERS AND SOFTWARE | 227,926.86 | 204,227.50 | 1,871.33 | 206,098.83 | 21,828.03 |
| 1614 | LEASEHOLD IMPROVEMENTS | 87,495.49 | 67,395.10 | 1,689.87 | 69,084.97 | 18,410.52 |
| 1616 | SALES AND MARKETING | 6,650.33 | 6,511.85 | 138.48 | 6,650.33 | 0.00 |
| | TOTAL | 550,176.40 | 444,521.61 | 8,271.59 | 452,793.20 | 97,383.20 |

| | | | |
|---|---|---|---|
| 010.6421 | DEPRECIATION EXPENSE | 8,271.59 | |
| 010.1611 | ACCUM. DEPRECATION-AUTO | | 445.73 |
| 010.1612 | ACCUM. DEPRECATION-OFFICE EQUIP | | 4,126.18 |
| 010.1613 | ACCUM. DEPRECATION-COMPUTER | | 1,871.33 |
| 010.1614 | ACCUM. DEPRECIATION-LEASEHOLD | | 1,689.87 |
| 010.1616 | ACCUM DEPRECIATION-SALES AND MARKETING | | 138.48 |

FIXED ASSET LISTING, SCHEDULES & BALANCES

December 2008

BAMC MORTGAGE COMPANY, INC.

FIXED ASSET LISTING, SCHEDULES & BALANCES

December 2008

### COMPUTER EQUIPMENT / SOFTWARE
### 1603
S/L @ 25 % P/A

| # | ASSET ID | DIV | NAME OF ASSET | DATE ACQUIRED | COST OF ASSET | LIFE | BEG. ACCUM DEPRC | DEPREC THIS MONTH | END ACCUM DEPRC | BOOK VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0.00 | 0.00 | 0.00 |
| | | | TOTAL | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

### SALES AND MARKETING
### 1606
S/L @ 25 % P/A

| # | ASSET ID | DIV | NAME OF ASSET | DATE ACQUIRED | COST OF ASSET | LIFE | BEG. ACCUM DEPRC | DEPREC THIS MONTH | END ACCUM DEPRC | BOOK VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | | BAMC WORKSTATION CUBICLES BRG OF SAN DIEGO | 01/31/03 | 3,043.94 | 5 | 3,043.94 | | 3,043.94 | 0.00 |
| 3 | | | BAMC BAMC DESK-KB BRG OF SAN DIEGO | 03/25/03 | 795.48 | 5 | 795.48 | | 795.48 | 0.00 |
| 4 | | | BAMC BAMC CREDENZ-KB BRG OF SAN DIEGO | 08/19/03 | 673.44 | 5 | 673.44 | | 673.44 | (0.00) |
| | | | TOTAL | | 4,512.86 | | 4,512.86 | 0.00 | 4,512.86 | (0.00) |

### BAMC TOTAL FIXED ASSET LISTINGS, SCHEDULES & BALANCES

| | | | | | | |
|---|---|---|---|---|---|---|
| 1603 | COMPUTER EQUIPMENT/SOFTWARE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1606 | SALES AND MARKETING | 4,512.86 | 4,512.86 | 0.00 | 4,512.86 | (0.00) |
| | TOTAL | 4,512.86 | 4,512.86 | 0.00 | 4,512.86 | (0.00) |

### BAI & BAMC TOTAL COMBINED FIXED ASSET LISTINGS, SCHEDULES & BALANCES

| | | | | | |
|---|---|---|---|---|---|
| BARRATT AMERICAN, INC. TOTAL | 550,176.40 | 444,521.61 | 8,271.59 | 452,793.20 | 97,383.20 |
| BAMC MORTGAGE COMPANY, INC. TOTAL | 4,512.86 | 4,512.86 | 0.00 | 4,512.86 | (0.00) |
| TOTAL | 554,689.26 | 449,034.47 | 8,271.59 | 457,306.06 | 97,383.20 |

1/21/09 3:05 PM
M:\Accounting\Debtors - Assets\[Fixed Asset Listing.xls]Dec 08 after dispositions

Form B6D - (10/05)

| In re: Barratt American Inc. | Case No. 08-13249-LA11 |
|---|---|
| Debtor. | (If known) |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing petition. The complete account number of any account of the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interest. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 I.S.C. §112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral; also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Kara Van Duzee<br>Vice President<br>Guaranty Bank<br>2050 Main Street, Suite 650<br>Irvine, CA 92614 | | | Last four digits of ACCOUNT NO.<br>First Deed of Trust on 12 finished lots located in Encinitas, CA. Estimated Value $2,000,000<br>Non-Recourse Loan | | | | $5,200,000 | N/A |
| Margaret Jackson<br>Senior Vice Presient<br>Bank of America<br>333 S. Hope Street<br>Los Angeles, CA 90071 | | | Last four digits of ACCOUNT NO.<br>First Deed of Trust on 4 finished homes and 8 lots in the City of Perris. (Americana Project) Estimated Value: $300,000<br>Non-Recourse Loan | | | | $1,864,000 | N/A |
| Margaret Jackson<br>Senior Vice Presient<br>Bank of America<br>333 S. Hope Street<br>Los Angeles, CA 90071 | | | Last four digits of ACCOUNT NO.<br>First Deed of Trust on 10 finished condos in City of Perris (Amelia Square) Estimated Value: $617,000<br>Non-Recourse Loan | | | | $1,669,000 | N/A |

1 Continuation Sheets attached

Form B6D - (10/05)                                        (Report total also on Summary of Schedules)

In re: Barratt American Inc.
Debtor.

Case No. 08-13249-LA11
(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Margaret Jackson<br>Senior Vice Presient<br>Bank of America<br>333 S. Hope Street<br>Los Angeles, CA 90071 | | | Last four digits of ACCOUNT NO.<br>First Deed of Trust on 81 lots of undeveloped land in San Ysidro (Verbena) Estimated Value: $2,200,000<br>Non-Recourse Loan | | | | $4,550,000 | N/A |
| Noreen L. Levatino, as Trustee<br>22121 Malibu Lane<br>Huntington Beach, CA 92646 | | | Last four digits of ACCOUNT NO.<br>First Deed of Trust on 14 acres of undeveloped land in Carlsbad, CA (Moonstone) Estimated Value: $4,500,000<br>Non-Recourse Loan | | | | $3,025,000 | N/A |
| Marc Perlman<br>Marker La Costa<br>427 South Cedros Avenue, Ste 201<br>Solana Beach, CA 92075 | | | Last four digits of ACCOUNT NO.<br>Second Deed of Trust on 14 acres of undeveloped land in Carlsbad, CA (Moonstone) Estimated Value: $4,500,000<br>Non-Recourse Loan | | | | $1,000,000 | N/A |
| Ron Y. and Jane S. Gu<br>1850 S. Azusa Avenue, Ste 205<br>Hacienda Heights, CA 91745 | | | Last four digits of ACCOUNT NO.<br>First Deed of Trust on 33-acres of undeveloped land in the City of Perris (Santolino) Estimated Value: $3,500,000<br>Non-Recourse Loan | | | | $2,200,000 | N/A |
| | | | | | | Total | $19,508,000* | |

---

\* **FOOTNOTE TO SCHEDULE D**
The Debtor has made no determination to date as to whether any of the contracts, termed "leases," in the following listings are true leases or secured financing transactions and, accordingly, reserves all rights with respect to same. The following information is provided for information purposes in this Schedule as well as in Schedule G (Executory Contracts).

Sheet no. 1 of ____ Continuation Sheets
attached to Schedule of Creditors Holding Secured Claims

Form B6E – Contd.
(10/05)

| In re: BARRATT AMERICAN INCORPORATED | Case No. 08-13249 LA11 |
|---|---|
| Debtor | (If known) |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations.** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extend provided in 11 U.S.C. §507(a)(1).

☐ **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before earlier of the appointment of a trustee or the order for relief. 11 U.S.C.§ 507(a)(3).

☐ **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 18 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans.** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(5).

☐ **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

Sheet no. 1 of Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

| In re: | Case No. | |
|---|---|---|
| BARRATT AMERICAN INCORPORATED | 08-13249 LA11 | |
| Debtor | | (If known) |

(Continuation Sheet)

☐ **Deposits by individuals:** Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units:** Taxes, customs, duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9)

☐ **Claims for Death or Personal Injury While Debtor was Intoxicated.** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or other substance. 11 U.S.C. §50&(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ Continuation Sheets attached

Sheet no. 2 of Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

| In re: BARRATT AMERICAN INCORPORATED | Case No. 08-13249 LA11 |
|---|---|
| Debtor | (If known) |

(Continuation Sheet)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Employment Development Dept. Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001 | | | For Notice purposes only | | | | $0.00 | $0.00 |
| Franchise Tax Board Attn: Bankruptcy PO Box 2952 Sacramento, CA 95812-2952 | | | Last four digits of ACCOUNT NO. For notice purposes only | | | | 0.00 | $0.00 |
| Franchise Tax Board Headquarters Compliance Sacramento, CA 95857 | | | For notice purposes only | | | | $0.00 | $0.00 |
| Internal Revenue Service Chief, Special Procedures/Insol P. O. Box 30213 Laguna Niguel, CA 92607-0213 | | | Last four digits of ACCOUNT NO. For notice purposes only | | | | $0.00 | $0.00 |

Sheet no. 3 of Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

| In re: BARRATT AMERICAN INCORPORATED | Case No. 08-13249 LA11 |
|---|---|
| Debtor | (If known) |

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Riverside County Tax Collector<br>4048 Lemon St.<br>PO Box 12005<br>Riverside, CA 92501-3660 | | | For notice purposes only | | | | $0.00 | $0.00 |
| San Diego Co. Tax Collector<br>162 County Admin Center<br>1600 Pacific Highway<br>San Diego, CA 92101 | | | For notice purposes only | | | | $0.00 | $0.00 |
| | | | | | | **Total** | $0.00 | |

(Report total also on Summary of Schedules)

Sheet no. 4 of Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims