```
John L. Smaha, Esq., Bar No. 95855
Gustavo E. Bravo, Esq., Bar No. 218752
```
**SMAHA LAW GROUP, APC**
```
7860 Mission Center Court, Suite 100
San Diego, California 92108
Telephone:    (619) 688-1557
Facsimile:    (619) 688-1558
```

Attorneys for Debtor, Sargent Ranch, LLC

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SARGENT RANCH, LLC<br><br>Debtor. | CASE NO. 10-00046-PB11<br><br>Chapter 11<br><br>**DECLARATION OF CHRISTOPHER E. OLIN IN SUPPORT OF MOTION OF DEBTOR-IN-POSSESSION TO OBTAIN DEBTOR-IN-POSSESSION FINANCING UNDER 11 U.S.C. § 364**<br><br>Date:    November 22, 2010<br>Time:   10:30 a.m.<br>Dept.:   4<br>Judge:  Hon. Peter L. Bowie |

I, Christopher E. Olin, hereby declare:

1.　　I am a managing director for Watley Group, LLC ("Watley"). If called upon to testify I could and would testify to the facts stated below under the penalty of perjury.

2.　　The Debtor intends to use the $7,500,000.00 to fund its operations until a Plan of Reorganization can be confirmed. These funds will be used to fund the business plan which includes the following: payments to the Liquidation Trust under the Plan of Reorganization, permitting and preparation of the sand quarry, preparation and sale of habitat credits, studies and assessments of the Debtor's other business opportunities (i.e. water rights, liquid asphalt, solar power generation, wind power generation, and real estate development), accrued bankruptcy costs, SG&A expenses, and financing costs

3. Debtor shall use $180,000 per month for the aggregate of Bankruptcy Counsel, Special Litigation Counsel, forensic analysis of historical contracts and agreements, Investment Banking services, CEO services, and Financial Advisory services, plus $2,500/month for miscellaneous bankruptcy expenses. The Debtor has engaged a number of experts and consultants, including Smaha Law Group, The Watley Group, and Affeld & Grivakis (special litigation counsel) to maximize the value of the estate in bankruptcy. Finally, numerous expenses, such as court fees and regulatory filings with the California Secretary of State, are expected to be incurred during bankruptcy. Additionally, an estimated $20,200 is required to pay US Trustee fees. Debtor's objective is to move as quickly as possible to minimize the costs of the Chapter 11 and confirm a plan of reorganization as soon as possible. The funds described above would be earmarked for these payments but would in no way be distributed until the Debtor seeks approval of the above described fees and administrative expenses from the court and until an order from the Court approves such fees and expenses.

4. Debtor shall use $50,800/month for the management of the Debtor, including Wayne Pierce, Mike Baldridge, and Skip Spiering. Debtor's management team has expended many hours in diligent efforts during the bankruptcy process to maximize the value of the Estate and fulfill their fiduciary obligations to all of the Debtor's stakeholders. Their services are essential for shepherding the Debtor through bankruptcy and overseeing the various business operations that the Debtor is evaluating and plans to pursue, and replacement of any of these individuals could only be possible at a very high cost to the estate

5. The $58,000 a month will include approximately $2,000 a month for an office and office supplies in Gilroy, CA. It also includes $2,500 a month for corporate travel, and $3,000 a month for administrative personnel. The Debtor will soon require a small office near the Debtor's Properties for certain of its employees to operate out of and funds for any necessary travel. Additionally, an administrative assistant is required to staff the Debtor's office, answer phones, and perform other routine office tasks. Also included within the $58,000 are $5,000 a month for public relations. The Debtor is in the business of developing various Resources at the Property. This type of business requires good relationships with the surrounding communities and other constituencies.

---

**DECLARATION OF CHRISTOPHER E. OLIN**

2

Thus, a well-planned and active public relations program managed by a well qualified outside firm is essential   Again, to the extent that the Debtor employs professionals on an ongoing basis, these professionals will be subject to the approval of the court and any payments to them must be made only after a court order authorizing these payments has been entered. Finally, Debtor will use $3,000 a month to cover payroll taxes and $5,000 a month for health insurance for the Debtor's employees.

6. The Debtor shall use $3,900,000 to $4,100,000 over a 24 to 30 month period starting immediately to secure a use permit and construct the necessary infrastructure to extract construction-grade sand from the Debtor's Properties. Key expenses for this activity include: A total of $300,000 to conduct soil engineering, biological, traffic, and civil engineering studies in support of the Use Permit. Developing an environmental impact report and a reclamation plan is estimated to cost $850,000. Fees payable to the county are estimated to be $100,000. The Debtor will also engage Freeman Associates, an engineering/project manager specialized in this industry, and a public relations firm to facilitate and manage the permitting and start-up processes at an average cost of $36,700 per month. An estimated $500,000 to $750,000 will also be required to construct roads and supply water and power to the quarry and an estimated $437,500 will need to be posted for a reclamation bond. Finally, a reserve of $14,600 per month has also been budgeted to account for any unforeseen expenses for this specific endeavor.

7. Debtor would also use $11,250 a month to engage Live Oak Associates to develop and/or facilitate the sale of the Debtor's habitat mitigation credits. Live Oak's expertise is required to maintain and develop the Property's habitat mitigation credits. Additionally, the market for mitigation credits is inefficient and opaque, making Live Oak's contacts and experience necessary to sell the Debtor's credits for the highest prices possible and in a timely manner.

8. Debtor will also use $16,700/month for other Resource studies. The Debtor must engage various consultants to conduct studies, perform appraisals, and gather information on the Debtor's Properties many resources. These resources include water rights, liquid asphalt, acreage suitable for solar or wind power generation, acreage suitable for commercial or industrial development, and potentially various mineral deposits. Debtor anticipates using $100,000 to engage a firm to appraise the value of the Debtor's water rights, $270,000 to engage Ellis Energy to conduct

investigations into the feasibility of exploiting the Debtor's liquid asphalt, solar, and wind resources, and permit such an operation.

9. The Debtor shall use $750,000 for Santa Clara and Santa Cruz County Property Taxes on or before the confirmation of a Plan of Reorganization. The Debtor is overdue on its property tax payments. These payments must be made to avoid costly penalties and to prevent the counties from possibly auctioning off the Debtor's Properties. (See Declaration of Chris Olin, ¶ 9)

10. Up to $1,500,000 for Financing Costs. The Debtor estimates that it will require less than $1,500,000 through the term of the DIP loan for financing costs, including fees and interest related to the borrowing required to fund the above expenditures.

11. The Debtor would also set aside a 5% contingency added to the budget for possible underestimates of costs and unforeseen expenses.

12. The Debtor and the Debtor's estate will benefit greatly through obtaining and utilizing the financing proceeds. The value of the estate will increase from the forced liquidation value of $25,000,000 today to between $80,000,000 and $116,000,000. This is an increase in value of between $25,000,000 to $91,000,000. This value derives from summing of the value created by the quarry with the forced liquidation value. Once permitted and operational, the Debtor's Sand Quarry will be worth between $55,000,000 and $91,000,000. While we believe there is significant value in the habitat mitigation credits, we cannot value these credits at this time because the debtor may need these credits to mitigate its sand quarry and other developments. Surveys completed from March 1 through November 21, 2009 by Live Oak concluded that there are a minimum of 800 Riparian Habitat Credits on the property with significant value. In addition to the Riparian credits, the Property can also generate Habitat Mitigation Credits for various threatened species, including the California Tiger Salamander, Red-legged Frog, and certain plant species. Live Oak estimates that the Property could support at least 1,000 Salamander and Frog Habitat credits combined. Again, these credits could be very valuable mitigation for the sand quarry and other developments. The Debtor's other business opportunities have not yet been explored sufficiently to determine their value. However, resource studies and investigations funded by the financing proceeds will likely lead to business opportunities that will significantly enhance the value of the Estate.

13. A Net Present Value analysis was performed to calculate the value of the Sand Quarry. The analysis is based on studies conducted by Freeman in 2009 that produced a set of 10-year financial projections, which were extended in this analysis. This analysis rests on the following key operational assumptions:

1. A 33 year production period with a total of 60,000,000 tons extracted: equivalent to a conservative average annual production of 1.82 million tons
2. In the thirteenth year of production, $2,400,000 is budgeted to acquire an "add-on" use permit for the remaining 35,000,000 tons of sand.
3. Pricing of construction grade sand increases at an inflationary rate of 3% per year
4. Operational costs increase at 3% - 5% per year
5. A tax rate of 39% is applied to the income from the Quarry
6. The value for this Resource under this scenario is calculated using the average of the projected cash flows discounted by a rate of 20% and a rate of 15%
7. No value was given to potential associated resources, such as gold, silica, gravel, etc., that might add substantially to the overall value of this Resource

Using this set of assumptions and the Freeman projections, the Net Present Value of the permitted and operational Sand Quarry is $73,359,938. Attached as Exhibit A hereto is a true and correct copy of the Net Present Value Analysis.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 15th day of October 2010, at California.

                                            /s/ Christopher E. Olin
                                            Christopher E. Olin

W:\Sargent Ranch\DIP Financing Motion\102.Declaration.Olin.wpd

# EXHIBIT A

# Sargent Ranch Quarry Valuation

| Sales Projections | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tons Sold | 500,000 | 750,000 | 1,000,000 | 1,250,000 | 1,500,000 | 1,750,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 |
| Price/Ton | $19.00 | $19.57 | $20.15 | $20.76 | $21.38 | $22.02 | $22.68 | $23.36 | $24.06 | $24.78 | $25.53 | $26.29 | $27.08 | $27.89 | $28.73 | $29.59 | $30.48 | $31.39 |
| Revenues | $9,500,000 | $14,677,500 | $20,150,000 | $25,950,000 | $32,070,000 | $38,535,000 | $45,360,000 | $46,720,000 | $48,120,000 | $49,563,600 | $51,050,508 | $52,582,023 | $54,159,484 | $55,784,268 | $57,457,797 | $59,181,530 | $60,956,976 | $62,785,686 |

| Production Costs | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor | $687,053 | $707,664 | $728,894 | $825,837 | $893,143 | $1,011,931 | $1,094,403 | $1,127,235 | $1,161,053 | $1,195,884 | $1,231,761 | $1,268,713 | $1,306,775 | $1,345,978 | $1,386,357 | $1,427,948 | $1,470,787 | $1,514,910 |
| Material and Supplies | $325,000 | $334,750 | $344,793 | $390,650 | $422,488 | $478,679 | $517,691 | $533,222 | $549,218 | $565,695 | $582,666 | $600,146 | $618,150 | $636,695 | $655,796 | $675,469 | $695,734 | $716,606 |
| Wear Parts | $175,000 | $180,250 | $185,658 | $210,350 | $227,493 | $257,750 | $278,757 | $287,119 | $295,733 | $304,605 | $313,743 | $323,155 | $332,850 | $342,836 | $353,121 | $363,714 | $374,626 | $385,865 |
| Services | $125,000 | $128,750 | $132,613 | $150,250 | $162,495 | $184,107 | $199,112 | $205,085 | $211,238 | $217,575 | $224,102 | $230,825 | $237,750 | $244,883 | $252,229 | $259,796 | $267,590 | $275,618 |
| Equipment Rent | $1,158,900 | $1,158,900 | $1,158,900 | $1,158,900 | $1,158,900 | $1,274,790 | $1,402,269 | $1,402,269 | $1,402,269 | $1,444,337 | $1,487,667 | $1,532,297 | $1,578,266 | $1,625,614 | $1,674,383 | $1,724,614 | $1,776,352 | $1,829,643 |
| Property Tax | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fuel Oil, Grease | $355,000 | $365,650 | $376,620 | $426,710 | $461,487 | $522,864 | $565,478 | $582,442 | $599,916 | $617,913 | $636,450 | $655,544 | $675,210 | $695,467 | $716,331 | $737,820 | $759,955 | $782,754 |
| Equipt Maint | $287,000 | $295,610 | $304,478 | $344,974 | $373,089 | $422,710 | $457,161 | $470,876 | $485,002 | $499,552 | $514,539 | $529,975 | $545,874 | $562,250 | $579,118 | $596,491 | $614,386 | $632,818 |
| Licence/Fees | $12,500 | $12,875 | $13,261 | $13,659 | $14,069 | $14,491 | $14,926 | $15,373 | $15,835 | $16,310 | $16,799 | $17,303 | $17,822 | $18,357 | $18,907 | $19,475 | $20,059 | $20,661 |
| Electrical | $107,500 | $110,725 | $114,047 | $117,468 | $120,992 | $124,622 | $128,361 | $132,211 | $136,178 | $140,263 | $144,471 | $148,805 | $153,269 | $157,867 | $162,603 | $167,481 | $172,506 | $177,681 |
| Insurance | $20,000 | $20,600 | $21,218 | $21,855 | $22,511 | $25,504 | $26,269 | $27,057 | $27,869 | $28,705 | $29,566 | $30,453 | $31,367 | $32,308 | $33,277 | $34,275 | $35,304 | $36,363 |
| Additional Use Permit |  |  |  |  |  |  |  |  |  |  |  |  | $2,336,951 |  |  |  |  |  |
| Truck auto | $37,500 | $38,625 | $39,784 | $45,075 | $46,427 | $47,820 | $49,255 | $50,732 | $52,254 | $53,822 | $55,437 | $57,100 | $58,813 | $60,577 | $62,394 | $64,266 | $66,194 | $68,180 |
| Total Schedule 1 | $3,290,453 | $3,354,399 | $3,420,264 | $3,705,728 | $4,021,235 | $4,365,269 | $4,733,681 | $4,833,624 | $4,936,364 | $5,084,661 | $5,237,201 | $5,394,317 | $7,893,098 | $5,722,831 | $5,894,516 | $6,071,351 | $6,253,492 | $6,441,097 |

| Cost of Sales | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Salaries | $300,000 | $315,000 | $330,750 | $382,016 | $421,173 | $486,455 | $536,316 | $563,132 | $591,289 | $620,853 | $651,896 | $684,491 | $718,715 | $754,651 | $792,383 | $832,003 | $873,603 | $917,283 |
| Delivery | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Bad Debt | $3,500 | $3,675 | $3,859 | $4,052 | $4,254 | $4,467 | $4,690 | $4,925 | $5,171 | $5,430 | $5,701 | $5,986 | $6,285 | $6,600 | $6,930 | $7,276 | $7,640 | $8,022 |
| Travel and Ent | $26,500 | $27,825 | $29,216 | $30,677 | $32,211 | $33,821 | $35,513 | $37,288 | $39,153 | $41,110 | $43,166 | $45,324 | $47,590 | $49,970 | $52,468 | $55,092 | $57,846 | $60,738 |
| Meals | $5,000 | $5,250 | $5,513 | $5,788 | $6,078 | $6,381 | $6,700 | $7,036 | $7,387 | $7,757 | $8,144 | $8,552 | $8,979 | $9,428 | $9,900 | $10,395 | $10,914 | $11,460 |
| Office Supplies | $25,000 | $2,500 | $2,500 | $2,500 | $35,000 | $3,500 | $35,000 | $35,000 | $5,000 | $17,033 | $16,104 | $17,691 | $19,463 | $21,442 | $19,861 | $21,769 | $20,226 | $18,502 |
| Utilities | $9,600 | $10,080 | $10,584 | $11,113 | $11,669 | $12,252 | $12,865 | $13,508 | $14,184 | $14,893 | $15,637 | $16,419 | $17,240 | $18,102 | $19,007 | $19,958 | $20,956 | $22,003 |
| Legal Fees | $50,000 | $10,000 | $10,500 | $11,025 | $11,576 | $12,155 | $12,763 | $13,401 | $14,071 | $14,775 | $15,513 | $16,289 | $17,103 | $17,959 | $18,856 | $19,799 | $20,789 | $21,829 |
| Professional | $155,000 | $162,750 | $170,888 | $179,432 | $188,403 | $197,824 | $207,715 | $218,101 | $229,006 | $240,456 | $252,479 | $265,103 | $278,358 | $292,276 | $306,889 | $322,234 | $338,346 | $355,263 |
| Advertising | $20,000 | $21,000 | $22,050 | $23,153 | $24,310 | $25,526 | $26,802 | $28,142 | $29,549 | $31,027 | $32,578 | $34,207 | $35,917 | $37,713 | $39,599 | $41,579 | $43,657 | $45,840 |
| Due Diligence Exp | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Lot and Bldg Maint. | $170,000 | $178,500 | $25,000 | $26,250 | $27,563 | $28,941 | $30,388 | $31,907 | $33,502 | $35,178 | $36,936 | $38,783 | $40,722 | $42,758 | $44,896 | $47,141 | $49,498 | $51,973 |
| Telephone | $10,000 | $10,500 | $11,025 | $11,576 | $12,155 | $12,763 | $13,401 | $14,071 | $14,775 | $15,513 | $16,289 | $17,103 | $17,959 | $18,856 | $19,799 | $20,789 | $21,829 | $22,920 |
| Misc Expense | $500 | $525 | $551 | $579 | $608 | $638 | $670 | $704 | $739 | $776 | $814 | $855 | $898 | $943 | $990 | $1,039 | $1,091 | $1,146 |
| Total | $775,100 | $747,605 | $622,435 | $688,161 | $775,000 | $824,723 | $922,823 | $967,214 | $983,825 | $1,044,799 | $1,095,258 | $1,150,803 | $1,209,231 | $1,270,698 | $1,331,579 | $1,399,074 | $1,466,396 | $1,536,980 |
| Total Schedules 1 and 2 | $4,065,553 | $4,102,004 | $4,042,700 | $4,393,888 | $4,796,235 | $5,189,992 | $5,656,504 | $5,800,838 | $5,920,389 | $6,129,460 | $6,332,459 | $6,545,120 | $9,102,328 | $6,993,529 | $7,226,095 | $7,470,425 | $7,719,887 | $7,978,077 |
| Pre-tax Profit (Loss) | $5,434,447 | $10,575,496 | $16,107,300 | $21,556,112 | $27,273,765 | $33,345,008 | $39,703,496 | $40,919,162 | $42,199,611 | $43,434,140 | $44,718,049 | $46,036,903 | $45,057,156 | $48,790,739 | $50,231,701 | $51,711,105 | $53,237,089 | $54,807,609 |
| Tax Rate | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% |
| After-Tax Profit | $3,315,013 | $6,451,052 | $9,825,453 | $13,149,228 | $16,636,997 | $20,340,455 | $24,219,133 | $24,960,689 | $25,741,763 | $26,494,825 | $27,278,010 | $28,082,511 | $27,484,865 | $29,762,351 | $30,641,338 | $31,543,774 | $32,474,624 | $33,432,641 |

| Valuation #1: | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Discount Rate #1 | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| Present Value #1 | $2,179,675 | $3,688,410 | $4,884,987 | $5,684,774 | $6,254,463 | $6,649,331 | $6,884,589 | $6,169,901 | $5,533,017 | $4,952,072 | $4,433,439 | $3,968,864 | $3,377,738 | $3,180,547 | $2,847,373 | $2,548,898 | $2,281,840 | $2,042,744 |
| Total Present Value #1 | $91,521,593 | | | | | | | | | | | | | | | | | |

| Valuation #2: | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Discount Rate #2 | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| Present Value #2 | $1,918,410 | $3,111,040 | $3,948,629 | $4,403,650 | $4,643,080 | $4,730,540 | $4,693,830 | $4,031,291 | $3,464,532 | $2,971,571 | $2,549,509 | $2,187,250 | $1,783,918 | $1,609,783 | $1,381,105 | $1,184,817 | $1,016,484 | $872,059 |
| Total Present Value #2 | $55,198,282 | | | | | | | | | | | | | | | | | |

| Average Value: | $73,359,938 |
|---|---|

| 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 1,250,000 | 60,000,000 |
| $32.33 | $33.30 | $34.30 | $35.33 | $36.39 | $37.48 | $38.61 | $39.77 | $40.96 | $42.19 | $43.46 | $44.76 | $46.10 | $47.48 | $48.91 | |
| $64,669,256 | $66,609,334 | $68,607,614 | $70,665,842 | $72,785,818 | $74,969,392 | $77,218,474 | $79,535,028 | $81,921,079 | $84,378,711 | $86,910,073 | $89,517,375 | $92,202,896 | $94,968,983 | $61,136,283 | 1,950,700,530 |

| 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,560,358 | $1,607,168 | $1,655,383 | $1,705,045 | $1,756,196 | $1,808,882 | $1,863,149 | $1,919,043 | $1,976,614 | $2,035,913 | $2,096,990 | $2,159,900 | $2,224,697 | $2,291,438 | $2,360,181 | 49,407,284 |
| $738,104 | $760,247 | $783,054 | $806,546 | $830,742 | $855,664 | $881,334 | $907,774 | $935,008 | $963,058 | $991,950 | $1,021,708 | $1,052,359 | $1,083,930 | $1,116,448 | 23,371,373 |
| $397,440 | $409,364 | $421,645 | $434,294 | $447,323 | $460,742 | $474,565 | $488,802 | $503,466 | $518,570 | $534,127 | $550,151 | $566,655 | $583,655 | $601,164 | 12,584,585 |
| $283,886 | $292,403 | $301,175 | $310,210 | $319,516 | $329,102 | $338,975 | $349,144 | $359,618 | $370,407 | $381,519 | $392,965 | $404,754 | $416,896 | $429,403 | 8,988,990 |
| $1,884,532 | $1,941,068 | $1,999,300 | $2,059,279 | $2,121,058 | $2,184,689 | $2,250,230 | $2,317,737 | $2,387,269 | $2,458,887 | $2,532,654 | $2,608,633 | $2,686,892 | $2,767,499 | $2,850,524 | 1,402,269 |
| $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0 |
| $806,236 | $830,423 | $855,336 | $880,996 | $907,426 | $934,649 | $962,688 | $991,569 | $1,021,316 | $1,051,956 | $1,083,514 | $1,116,020 | $1,149,500 | $1,183,985 | $1,219,505 | 25,528,730 |
| $651,802 | $671,356 | $691,497 | $712,242 | $733,609 | $755,618 | $778,286 | $801,635 | $825,684 | $850,454 | $875,968 | $902,247 | $929,314 | $957,194 | $985,910 | 20,638,720 |
| $21,280 | $21,919 | $22,576 | $23,254 | $23,951 | $24,670 | $25,410 | $26,172 | $26,957 | $27,766 | $28,599 | $29,457 | $30,341 | $31,251 | $32,189 | 688,473 |
| $183,012 | $188,502 | $194,157 | $199,982 | $205,981 | $212,161 | $218,525 | $225,081 | $231,834 | $238,789 | $245,952 | $253,331 | $260,931 | $268,759 | $276,821 | 5,920,868 |
| $37,454 | $38,577 | $39,734 | $40,926 | $42,154 | $43,419 | $44,721 | $46,063 | $47,445 | $48,868 | $50,334 | $51,844 | $53,400 | $55,002 | $56,652 | 1,203,345 |
| | | | | | | | | | | | | | | | 2,336,951 |
| $70,225 | $72,332 | $74,502 | $76,737 | $79,039 | $81,410 | $83,853 | $86,368 | $88,959 | $91,628 | $94,377 | $97,208 | $100,125 | $103,128 | $106,222 | 2,260,370 |
| $6,634,330 | $6,833,359 | $7,038,360 | $7,249,511 | $7,466,996 | $7,691,006 | $7,921,736 | $8,159,388 | $8,404,170 | $8,656,295 | $8,915,984 | $9,183,464 | $9,458,968 | $9,742,737 | $10,035,019 | 214,045,104 |

| 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $963,147 | $1,011,304 | $1,061,870 | $1,114,963 | $1,170,711 | $1,229,247 | $1,290,709 | $1,355,245 | $1,423,007 | $1,494,157 | $1,568,865 | $1,647,308 | $1,729,674 | $1,816,157 | $1,906,965 | 31,555,339 |
| $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0 |
| $8,423 | $8,844 | $9,287 | $9,751 | $10,238 | $10,750 | $11,288 | $11,852 | $12,445 | $13,067 | $13,720 | $14,406 | $15,127 | $15,883 | $16,677 | 280,223 |
| $63,775 | $66,964 | $70,312 | $73,828 | $77,519 | $81,395 | $85,465 | $89,738 | $94,225 | $98,937 | $103,883 | $109,078 | $114,531 | $120,258 | $126,271 | 2,121,690 |
| $12,033 | $12,635 | $13,266 | $13,930 | $14,626 | $15,358 | $16,125 | $16,932 | $17,778 | $18,667 | $19,601 | $20,581 | $21,610 | $22,690 | $23,825 | 400,319 |
| $20,077 | $20,433 | $20,938 | $21,316 | $21,532 | $21,543 | $21,739 | $21,736 | $21,912 | $22,310 | $22,570 | $22,820 | $23,039 | $23,240 | $23,439 | 646,736 |
| $23,104 | $24,259 | $25,472 | $26,745 | $28,083 | $29,487 | $30,961 | $32,509 | $34,134 | $35,841 | $37,633 | $39,515 | $41,491 | $43,565 | $45,743 | 768,612 |
| $22,920 | $24,066 | $25,270 | $26,533 | $27,860 | $29,253 | $30,715 | $32,251 | $33,864 | $35,557 | $37,335 | $39,201 | $41,161 | $43,219 | $45,380 | 802,988 |
| $373,026 | $391,677 | $411,261 | $431,824 | $453,415 | $476,086 | $499,890 | $524,885 | $551,129 | $578,686 | $607,620 | $638,001 | $669,901 | $703,396 | $738,566 | 12,409,884 |
| $48,132 | $50,539 | $53,066 | $55,719 | $58,505 | $61,430 | $64,502 | $67,727 | $71,113 | $74,669 | $78,403 | $82,323 | $86,439 | $90,761 | $95,299 | 1,601,275 |
| $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0 |
| $54,572 | $57,300 | $60,165 | $63,174 | $66,332 | $69,649 | $73,132 | $76,788 | $80,627 | $84,659 | $88,892 | $93,336 | $98,003 | $102,903 | $108,049 | 2,117,520 |
| $24,066 | $25,270 | $26,533 | $27,860 | $29,253 | $30,715 | $32,251 | $33,864 | $35,557 | $37,335 | $39,201 | $41,161 | $43,219 | $45,380 | $47,649 | 800,638 |
| $1,203 | $1,263 | $1,327 | $1,393 | $1,463 | $1,536 | $1,613 | $1,693 | $1,778 | $1,867 | $1,960 | $2,058 | $2,161 | $2,269 | $2,382 | 40,032 |
| $1,614,480 | $1,694,555 | $1,778,766 | $1,867,036 | $1,959,538 | $2,056,449 | $2,158,391 | $2,265,220 | $2,377,570 | $2,495,731 | $2,619,683 | $2,749,788 | $2,886,356 | $3,029,723 | $3,180,247 | 53,545,256 |
| $8,248,809 | $8,527,914 | $8,817,126 | $9,116,547 | $9,426,535 | $9,747,455 | $10,080,127 | $10,424,608 | $10,781,740 | $11,152,046 | $11,535,667 | $11,933,252 | $12,345,324 | $12,772,400 | $13,215,265 | 267,590,360 |

| 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $56,420,447 | $58,081,420 | $59,790,488 | $61,549,295 | $63,359,283 | $65,221,937 | $67,138,347 | $69,110,420 | $71,139,339 | $73,226,665 | $75,374,405 | $77,584,123 | $79,857,572 | $82,196,523 | $47,921,017 | 1,683,110,169 |
| 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | |
| $34,416,473 | $35,429,666 | $36,472,198 | $37,545,070 | $38,649,163 | $39,785,381 | $40,954,392 | $42,157,356 | $43,394,997 | $44,668,266 | $45,978,387 | $47,326,315 | $48,713,119 | $50,139,879 | $29,231,821 | |
| 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | |
| $1,828,571 | $1,636,871 | $1,465,250 | $1,311,610 | $1,174,070 | $1,050,944 | $940,717 | $842,042 | $753,707 | $674,627 | $603,838 | $540,470 | $483,746 | $432,969 | $219,498 | |
| 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | |
| $748,101 | $641,770 | $550,546 | $472,284 | $405,144 | $347,545 | $298,131 | $255,740 | $219,373 | $188,175 | $161,412 | $138,453 | $118,759 | $101,864 | $49,489 | |

Page 2